B9F (Official Form 9F) (Chapter 11 Corporation/Partnership Case) (12/08)     Case Number 2:09−bk−51245

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 5/7/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

**Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**
NATCO, Inc.
1410 Hwy 11 West
Bristol, TN 37620

**Case Number:**
2:09−bk−51245

**Last four digits of Social−Security or Individual Taxpayer−ID (ITIN) No(s)./Complete EIN:**
85−0484617

**Attorney for Debtor(s) (name and address):**
Fred M. Leonard
27 Sixth Street
Bristol, TN 37620
Telephone number: (423) 968−3151

## Meeting of Creditors
Date: **June 8, 2009**     Time: **11:00 AM**
Location: **James H. Quillen U. S. Courthouse, Room 111, 220 West Depot Street, Greeneville, TN 37743**

### Deadlines to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **9/6/09**     For a governmental unit: **11/3/09**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Address of the Bankruptcy Clerk's Office:**
United States Bankruptcy Court
James H. Quillen U. S. Courthouse
220 West Depot Street, Suite 218
Greeneville, TN 37743
Telephone number: (423) 787−0113

**For the Court:**
Danny W. Armstrong
Clerk of the Bankruptcy Court

Hours Open: Monday − Friday 8:00 AM − 4:30 PM     Date: 5/8/09

FILED
SEP 14 2009
　　　　　CY COURT
Greeneville, Tennessee

## EXPLANATIONS

B9F (Official Form 9F) (12/08)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office or by visiting the Eastern District of Tennessee Bankruptcy Court Website at http://www.tneb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditors with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE



2009 SEP 14 AM 11: 27

CLERK
U.S. BANKRUPTCY CT.
GREENEVILLE, TN

| IN RE: | CASE NO. 09-51245 |
|---|---|
| NATCO, INC. | CHAPTER 11 |
| Debtor. | |

## NOTICE OF AMENDMENT TO DEBTOR'S VOLUNTARY PETITION AND/OR MATRIX

Debtor, pursuant to Bankruptcy Rule 1009(a), hereby gives **NOTICE** of the names of creditors added to Debtor's Schedule F-Creditors Holding Unsecured Nonpriority Claims as follows:

| NAME & ADDRESS OF CREDITOR(S) | DATE OF DEBT & SECURITY, IF ANY | WHETHER DISPUTED | AMOUNT |
|---|---|---|---|
| Metal Studs, LLC<br>2306 Kinsgton St.<br>Kenner, LA 70062 | | contingent/disputed | $13,092.97 |
| Other contact: Francis R. White III<br>Attorney at Law<br>434 East Lockwood Street<br>Covington, LA 70433 | | | |
| HAC Contracting<br>2767 William Tell<br>Slidell, LA 70458 | | | |
| Roto Rooter<br>PO Box 454<br>Bristol, VA 24203 | | | $411.42 |
| McMinn County Courthouse<br>6 Madison Avenue<br>Athens, GA 30384 | | | $276.29 |
| Abrams Davis Keller<br>FleetPride<br>PO Box 281811<br>Atlanta, GA 30384 | | | $276.26 |
| Zee Medical Service<br>2315 North Street, Suite 110<br>Beaumont, TX 77702 | | | $477.00 |
| Accelerated Business<br>2911 Center Port Circle<br>Pompano Beach, FL 33064 | | | $909.50 |
| Caine & Weiner<br>1127 Wehrle Drive #30<br>Buffalo, NY 14221 | | | $1,395.14 |
| Wayne A. Fletcher & Associates<br>148 Commercial Square<br>Slidell, LA 70461 | | contingent/disputed | $11,000.00 |

AIU Holdings
Specialty Workers Comp Group
TPA Insurance Agency Inc.
10 New England Bus. Ctr, Suite 303
Andover, MA 01810-1096                                              $108,720.00

GE Capital
PO Box 740423
Atlanta, GA 30374-0423          contingent/disputed                 $1,105.90


                                            NATCO, INC.
                                            _David Cooper_____
                                            By: David Cooper, President

The above-named debtor certifies under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

## CERTIFICATION

I hereby certify that on August _13_, 2009 I filed the above with the United States Bankruptcy Court for the Eastern District of Tennessee using its CM/ECF Electronic filing system and thereby caused a copy of the pleading to be served on the following:

Rick J. Bearfield on behalf of Creditor First Community Bank, N.A.
dmathes@bearmc.com, rjbearfield@bearmc.com

Robert R. Carl on behalf of Creditor Bank of America, NA
rcarl@bakerdonelson.com, nsands@bakerdonelson.com

Joseph K. Christian on behalf of Creditor John Deere Construction & Forrestry Company
jchristian@lewisking.com, jwoodson@lewisking.com

Rodney A. Fields on behalf of Creditor John Deere Construction & Forrestry Company
rfields@lewisking.com, jwoodson@lewisking.com

Rebecca B. Howald on behalf of Creditor Travelers Casualty and Surety Company of America
rhowald@manierherod.com

Steven D. Lipsey on behalf of Creditor Ford Motor Credit Company LLC
lipsey@s-hlaw.com, cindy@s-hlaw.com

Jeffrey S. Price on behalf of Creditor Travelers Casualty and Surety Company of America
jprice@manierherod.com

Rachel E. Ralston on behalf of Creditor Bank of Tennessee
rralston@hsdlaw.com

United States Trustee
Ustpregion08.kx.ecf@usdoj.gov

I further certify that I have sent a true and exact copy of the foregoing by U. S. Mail, postage prepaid to the above-named creditor listed below along with a copy of the §341(a) creditors' meeting notice:

Metal Studs, LLC
2306 Kinsgton St.
Kenner, LA 70062

Francis R. White III
Attorney at Law
434 East Lockwood Street
Covington, LA 70433

HAC Contracting
2767 William Tell
Slidell, LA 70458

Roto Rooter
PO Box 454
Bristol, VA 24203

McMinn County Courthouse
6 Madison Avenue
Athens, GA 30384

Abrams Davis Keller
FleetPride
PO Box 281811
Atlanta, GA 30384

Zee Medical Service
2315 North Street, Suite 110
Beaumont, TX 77702

Accelerated Business
2911 Center Port Circle
Pompano Beach, FL 33064

Caine & Weiner
1127 Wehrle Drive #30
Buffalo, NY 14221

Wayne A. Fletcher & Associates
148 Commercial Square
Slidell, LA 70461

AIU Holdings
Specialty Workers Comp Group
TPA Insurance Agency Inc.
10 New England Bus. Ctr, Suite 303
Andover, MA 01810-1096

GE Capital
PO Box 740423
Atlanta, GA 30374-0423

/s/ FRED M. LEONARD
Fred M. Leonard