**SO ORDERED.**

**SIGNED this 05 day of October, 2009.**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
**Marcia Phillips Parsons**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE

| In re: | ) | | |
|---|---|---|---|
| | ) | Case No. | **09-51245** |
| **NATCO, INC.** | ) | Chapter 11 | |
| Debtor. | ) | | |

### ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7 UPON DEBTOR(S)' REQUEST

The debtor(s) in possession having filed a motion pursuant to 11 U.S.C. § 1112(a) on September 29, 2009 requesting conversion of this chapter 11 case to chapter 7, and the case having not been commenced as an involuntary case or converted to chapter 11 other than on the debtor's request, the court directs the following:

1. The motion to convert is granted and this case is converted to chapter 7.

2. The debtor must forthwith turn over to the chapter 7 trustee all records and property of the estate under its custody and control as required by Fed. R. Bankr. P. 1019(5).

3. Within 15 days of the date of this order, the debtor must file

  (a) a schedule of unpaid debts incurred after the filing of the petition, including the name and address of each claim holder;

  (b) a schedule of executory contracts and unexpired leases entered into or assumed after the filing of the petition;

  (c) if unpaid debts were incurred or executory contracts or unexpired leases entered into postpetition, a supplemental master address list of creditors in the form required by Local Rule 1009-1; and

(d)  such other amendments to the schedules, statements, and lists as are necessary to reflect any material additions, deletions, or other changes in the debtor's assets or liabilities that have occurred since the filing of the petition.

4.  Within 30 days of the date of this order, the debtor must file

(a)  a final report and account regarding the chapter 11; and

(b)  if required by 11 U.S.C. § 521(2)(A), a statement of intention conforming to Official Form 8A with respect to the retention or surrender of property of the estate securing consumer debts.

# # #

APPROVED FOR ENTRY BY:


/s/ Fred M. Leonard
FRED M. LEONARD, TN Bar No.  001525
Attorney for Debtor
27 Sixth Street
Bristol, Tennessee 37620
(423) 968-3151
fredmleonard@earthlink.net