**SO ORDERED.**

**SIGNED this 05 day of January, 2010.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Marcia Phillips Parsons
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

In re:

| | | |
|---|---|---|
| NATCO, INC, | ) | Case No. 09-51245 |
| | ) | Chapter 7 |
| Debtor. | ) | |

ORDER TO SHORTEN TIME

This matter is before the Court on the Motion to Shorten Time filed by David H. Jones, Trustee.  It appearing to the Court that the Motion is well taken, and for good cause shown, it is therefore,

ORDERED that the notice period to creditors and parties in interest provided by Rule 2002(a)(2) of the Federal Rules of Bankruptcy Procedure shall be shortened for cause and the notice period in the Trustee's Motion to Compromise may be shortened to allow for a hearing on January 19, 2010, at 10:30 a.m.

# # #

APPROVED FOR ENTRY:


/s/ F. Scott Milligan
F. Scott Milligan, BPR. No. 13886
LITTLE & MILLIGAN, P.L.L.C.
900 E. Hill Avenue, Suite 130
Knoxville, TN 37915
865-522-3311
Counsel for David H. Jones, Trustee


CERTIFICATE OF SERVICE

     I hereby certify that on January 5, 2010, a true and correct copy of the foregoing Order has been served upon the following by electronic mail (ECF).

        Patricia C. Foster
        Fred M. Leonard

The following have been upon the persons listed below by placing a copy thereof, first class postage prepaid, hand delivery, or facsimile.

        NATCO, Inc.
        1410 Hwy 11 West
        Bristol, TN 37620

        Jeffrey S. Price
        150 Fourth Avenue North, Suite 2200
        Nashville, TN 37219

        William C. Argabrite
        P.O. Box 3740
        Kingsport, TN 37664

        Richard R. Carl
        265 Brookview Centre Way, Suite 600
        Knoxville, Tennessee 37919

        Marcus L. Giusti
        2201 Ridgelake Drive
        Metairie, LA 70001-2020

        /s/ F. Scott Milligan
        F. Scott Milligan